**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

Charles Milton Hines, Jr.,        :

    Petitioner/Defendant,     :       Civil Action No. 11-700-WS

v.                         :       Criminal No. 10-161-WS-C

United States of America,      :

    Respondent.           :

<u>**ORDER**</u>

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated March 12, 2013 is **ADOPTED** as the opinion of this Court.

**DONE** this the 17th day of April, 2013.

          <u>s/WILLIAM H. STEELE</u>
          **CHIEF UNITED STATES DISTRICT JUDGE**